JONES, Retired Justice.
The trial court’s finding of coterminous ownership, as between the parties, is supported by competent evidence,[1] and its resolution of the “disputed boundary line” issue is governed by the ore tenus rule.[2] Therefore, we affirm the trial court’s judgment establishing the true boundary line between the parties’ properties.
AFFIRMED.
MADDOX, SHORES, HOUSTON, STEAGALL, KENNEDY and INGRAM, JJ., concur.

. Lybrand v. Town of Pell City, 260 Ala. 534, 71 So.2d 797 (1954). See, also, Dees v. Pennington, 561 So.2d 1065 (Ala.1990).

. Welch v. Lambert, 611 So.2d 342 (Ala. 1992).